**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Jose DIVISION**

In re: STUDIO 37 LLC A CALIFORNIA LIMITED      §     Case No. 16-50281
                                               §
                                               §
                                               §
              Debtor(s)

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Kari S Bowyer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $486,920.85 | Assets Exempt: NA |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $0.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $103,873.50 | |

3) Total gross receipts of $267,873.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $164,000.00 (see **Exhibit 2**), yielded net receipts of $103,873.50 from the liquidation of the property of the estate, which was distributed as follows:

Case: 16-50281 Doc# 93    Filed: 05/10/17    Entered: 05/10/17 10:23:46    Page 1 of 26

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,143,619.00 | $7,326.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $121,601.69 | $113,202.00 | $103,873.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $18,813.00 | $23,357.67 | $23,357.67 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $502,146.04 | $529,555.46 | $536,620.52 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,664,578.04 | $681,840.82 | $673,180.19 | $103,873.50 |

4) This case was originally filed under chapter 7 on 01/29/2016.  The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     04/13/2017

By: /s/ Kari S Bowyer

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Return General Insurance Premiums | 1229-000 | $1,615.38 |
| Heritage Bank Payrol-1492 | 1129-000 | $2,166.94 |
| Mountain View Assignment of the Lease | 1180-000 | $110,000.00 |
| Refund from American Express Credit Card | 1229-000 | $91.18 |
| Mountain View Commercial Lease- assignment | 1229-000 | $100,000.00 |
| Return to estate the landlord security deposit | 1180-000 | $54,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$267,873.50** |
| [1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes. | | |

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Edward LaRon Doyle | Refund of Deposit on Assignment of Mountain View Lease. | 8500-002 | $164,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$164,000.00** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-----------|----------|--------------------|---------------------------------|-----------------|----------------|-------------|
| 10-3 | Mortgage Investors IV, LLC Julie Rome-Banks, Binder & Malter LLP | 4210-000 | NA | $7,326.00 | $0.00 | $0.00 |
| N/F | Heritage Bank | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Heritage Bank | 4110-000 | $267,409.00 | NA | NA | NA |
| N/F | Heritage Bank | 4110-000 | $471,210.00 | NA | NA | NA |
| N/F | Heritage Bank | 4110-000 | $405,000.00 | NA | NA | NA |
| N/F | Reference No. $1,499,368.8 6 | 4110-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,143,619.00** | **$7,326.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kari S. Bowyer | 2100-000 | NA | $8,443.68 | $8,443.68 | $7,154.43 |
| Trustee, Expenses - Kari S. Bowyer | 2200-000 | NA | $72.24 | $72.24 | $61.21 |
| Administrative Rent (post-petition storage fees, leases) - MGP IX-CP Venture LLC | 2410-000 | NA | $50,000.00 | $50,000.00 | $50,000.00 |
| Administrative Rent (post-petition storage fees, leases) - Mortgage Investors IV, LLC Julie Rome-Banks, Binder & Malter LLP | 2410-000 | NA | $18,414.69 | $10,015.00 | $8,485.83 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - Trustee Insurance Agency | 2420-000 | NA | $1,955.00 | $1,955.00 | $1,955.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $151.86 | $151.86 | $151.86 |
| Attorney for Trustee Fees (Other Firm) - Dentons US LLP | 3210-000 | NA | $39,330.90 | $39,330.90 | $33,325.54 |
| Attorney for Trustee Expenses (Other Firm)  - Dentons US LLP | 3220-000 | NA | $563.14 | $563.14 | $477.16 |
| Accountant for Trustee Fees (Other Firm) - Bachecki, Crom & Co. | 3410-000 | NA | $2,628.00 | $2,628.00 | $2,226.74 |
| Accountant for Trustee Expenses (Other Firm) - Bachecki,Crom & Co. | 3420-000 | NA | $42.18 | $42.18 | $35.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$121,601.69** | **$113,202.00** | **$103,873.50** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P-2 | Internal Revenue Service Insolvency Remittance | 5800-000 | $0.00 | $883.57 | $883.57 | $0.00 |
| 11 | Franchise Tax Board Bankruptcy Unit | 5800-000 | NA | $5,904.10 | $5,904.10 | $0.00 |
| 15P | STATE BOARD OF EQUALIZATION/SPECIAL OPS, MIC:55 | 5800-000 | $18,813.00 | $16,570.00 | $16,570.00 | $0.00 |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Santa Clara County Tax Collector | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Secretary of State | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$18,813.00** | **$23,357.67** | **$23,357.67** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Lester Investment Properties/Lester Trust Sarahann Shapiro, Esq. Pahl & McCay | 7100-000 | $0.00 | $298,311.57 | $298,311.57 | $0.00 |
| 2 | IDG Purchasing, LLC | 7100-000 | $0.00 | $29,380.78 | $29,380.78 | $0.00 |
| 3 | ideation Design Group, LLC | 7100-000 | $0.00 | $20,523.45 | $20,523.45 | $0.00 |
| 4U-2 | Internal Revenue Service Insolvency Remittance | 7100-000 | NA | $100.00 | $100.00 | $0.00 |
| 5 | Stiletto Solutions | 7100-000 | $0.00 | $3,200.17 | $3,200.17 | $0.00 |
| 6 | NuCO2 | 7100-000 | NA | $3,554.46 | $0.00 | $0.00 |
| 7 | NuCO2 | 7100-000 | NA | $3,555.06 | $3,555.06 | $0.00 |
| 8 | A + Locksmith, Inc. | 7100-000 | NA | $920.00 | $920.00 | $0.00 |
| 9 | Berliner Cohen, LLP Christian E. Picone, Esq. | 7100-000 | $0.00 | $8,996.34 | $8,996.34 | $0.00 |
| 10 | Mortgage Investors IV, LLC Julie Rome-Banks, Binder & Malter LLP | 7100-000 | $0.00 | $150,670.54 | $161,290.06 | $0.00 |
| 12 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC C/O BECKET AND LEE LLP | 7100-000 | $0.00 | $822.53 | $822.53 | $0.00 |
| 13 | Pacific Gas and Electric Company | 7100-000 | NA | $1,710.91 | $1,710.91 | $0.00 |
| 14 | Sysco San Francisco, Inc. | 7100-000 | $13,530.51 | $5,904.10 | $5,904.10 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15U | STATE BOARD OF EQUALIZATION/SPECIAL OPS, MIC:55 | 7200-000 | NA | $1,905.55 | $1,905.55 | $0.00 |
| N/F | A to Z Printing | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ABC Fire Protection | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ADA Compliance Consultants | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Adita Martinez | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Aldwin K. Loquillano | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Alliant Insurance Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Allied Metal Spinning Corporation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Alvin Palomino | 7100-000 | $0.00 | NA | NA | NA |
| N/F | American Beverage Equipment | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Amtrust North America | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ana Perez | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Andrea Ruiz-Rojas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Angelina C. Clark | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Anthony Cortes | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Anthony V. Contreras | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Araceli Cruz | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Aramark | 7100-000 | $2,987.44 | NA | NA | NA |
| N/F | Arlen Garcia | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Audrey Quach | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BBK Computer Services | 7100-000 | $87.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Bankruptcy | 7100-000 | $546.93 | NA | NA | NA |
| N/F | Brandon C. Douty | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Brayan B. Cruz | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Brink Software | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Brody Murphy | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bryan Ramirez | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CS Illumination | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CalChamber | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Carrco | 7100-000 | $174.85 | NA | NA | NA |
| N/F | Catena Development Services | 7100-000 | $76,988.37 | NA | NA | NA |
| N/F | Chef's Toys | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Christine Nicole B Alfonso | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Christopher K. De Vine | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Christopher Villa | 7100-000 | $0.00 | NA | NA | NA |
| N/F | City of Mountain View | 7100-000 | $0.00 | NA | NA | NA |
| N/F | City of Palo Alto | 7100-000 | $6,426.50 | NA | NA | NA |
| N/F | City of Palo Alto Utilities | 7100-000 | $0.00 | NA | NA | NA |
| N/F | City of San Bruno | 7100-000 | $0.00 | NA | NA | NA |
| N/F | City of Santa Clara | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CoPower | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cole Supply Co | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Compliance Documents Service | 7100-000 | $0.00 | NA | NA | NA |
|-----|------------------------------|----------|-------|----|----|----|
| N/F | Concept Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Consuelo Ruezga | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Corporate Sign | 7100-000 | $7,624.60 | NA | NA | NA |
| N/F | Costco | 7100-000 | $0.00 | NA | NA | NA |
| N/F | County of San Mateo | 7100-000 | $0.00 | NA | NA | NA |
| N/F | County of Santa Clara | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cristian Oregel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Crystal K. Nguyen | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DMT Stainless | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Davy J. Bose | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dennis Solorzano | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dewey Pest Control | 7100-000 | $225.00 | NA | NA | NA |
| N/F | ESSE PR | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ecolab | 7100-000 | $207.00 | NA | NA | NA |
| N/F | Ecolab Equipment Care | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ecolab Food Safety Specialities | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ecolab Institutional | 7100-000 | $22.89 | NA | NA | NA |
| N/F | Edgar Rios | 7100-000 | $0.00 | NA | NA | NA |
| N/F | El Camino Hosipital | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Eusebio J. Garcia | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Evelyn S. Pineda | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Facebook | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fastsigns | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fedex | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Felipe Garcia | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fernando Monteon | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Foursquare | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Furniture Design Studio | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gabriel Silva | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gabriel Yee | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Galli Produce | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gina C. Allen | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Giovanny Garcia | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Global | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Granite Telecommunications | 7100-000 | $2,031.85 | NA | NA | NA |
| N/F | Green Mouse Recycling | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Guadalupe Lerma | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Guillerma D. Buensalido | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hospitality Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ingrid V. Serrano | 7100-000 | $0.00 | NA | NA | NA |
| N/F | International Environmental Management | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Jaime Perez | 7100-000 | $0.00 | NA | NA | NA |
|-----|-------------|----------|-------|----|----|----|
| N/F | Jenna Portera | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jennifer Nguyen | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jerome Andrew C. Peralta | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jervie Rose C. Peralta | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jesus Lucas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | John Martinez | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jonah Baldwin | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jorge L. Hernandez | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jose Cruz | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jose V. Almeda | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Joyce Ann C. German | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Juan Gomez | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Julia Garcia | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Justine Greer | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kaiser Foundation Health Plan | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kaniel I. Herrera | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Karla Bautista | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Keter Environmental Services | 7100-000 | $335.00 | NA | NA | NA |
| N/F | Lauren N. Martinez | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Leeya Mengistab | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lucio Mendoza | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Luis Cardoso | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Luis Lumbreras | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lumens.com | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lyncon Construction | 7100-000 | $28,419.80 | NA | NA | NA |
| N/F | MDP IX CP Ventrure | 7100-000 | $9,760.90 | NA | NA | NA |
| N/F | Maria Herrera | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Marisol Rosales | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Martin Albarran | 7100-000 | $0.00 | NA | NA | NA |
| N/F | May B. De Castro | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Melissa L. Ramirez Miralda | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mercury | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Michael Theibaut | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Miguel A. Torres | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Miller Starr Regalia | 7100-000 | $9,478.46 | NA | NA | NA |
| N/F | Morghan Lacrone | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Moss Adams LLP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | NWP Services Corporation | 7100-000 | $519.72 | NA | NA | NA |
| N/F | Nicholas M. De Vine | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Oakridge Mall | 7100-000 | $17,507.52 | NA | NA | NA |
| N/F | Olympic Mall Services | 7100-000 | $144.85 | NA | NA | NA |
| N/F | Par Tech | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Park Way Electric Supply Com | 7100-000 | $217.89 | NA | NA | NA |

| N/F | Party Fiesta | 7100-000 | $0.00 | NA | NA | NA |
|-----|--------------|----------|-------|-----|-----|-----|
| N/F | Patricia L. Skeen | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Patrick N. Hanne | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Paylyocity | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Pedro Cruz | 7100-000 | $0.00 | NA | NA | NA |
| N/F | People Matter Billing | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Pepsi-Cola | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Phil Wood | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Pizza Studio | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Pizza Studio Franchise Company | 7100-000 | $300,000.00 | NA | NA | NA |
| N/F | Premier Property Management Inc. | 7100-000 | $10,015.00 | NA | NA | NA |
| N/F | Prisma Graphic Corporation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Puck's Beverage Company | 7100-000 | $0.00 | NA | NA | NA |
| N/F | QSR Online | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RC's Mechanical Servicse | 7100-000 | $1,635.32 | NA | NA | NA |
| N/F | Rachina T. Sovan | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Reyna Cortes | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ricky Stubblefield | 7100-000 | $97.44 | NA | NA | NA |
| N/F | Riot Creative Imaging | 7100-000 | $0.00 | NA | NA | NA |
| N/F | San Jose Water Company | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sergio Gonzalez | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Shaun Evans | 7100-000 | $0.00 | NA | NA | NA |
|-----|-------------|----------|-------|-----|-----|-----|
| N/F | Shops at Tanforan Associates | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sir Speedy | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Standard Restaurant Supply | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Staples Advantage | 7100-000 | $54.99 | NA | NA | NA |
| N/F | Tandoori Oven | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tanforan Park Shopping Center | 7100-000 | $12,506.00 | NA | NA | NA |
| N/F | The ID Group | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Theres I. Banegas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tim Lange | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Town of Los Gatos | 7100-000 | $451.00 | NA | NA | NA |
| N/F | Turbochef Technologies | 7100-000 | $0.00 | NA | NA | NA |
| N/F | UCA General Insurance Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | UPS Freight | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Umbrella Source | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Verizon | 7100-000 | $149.21 | NA | NA | NA |
| N/F | Victor Aguilar | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Victor Denis | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Victor Palomino | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Victoria Barman | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Vomela Speciality Company | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | West Valley Sanitation District | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Williams Party Rentals | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$502,146.04** | **$529,555.46** | **$536,620.52** | **$0.00** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.: 16-50281

Case Name: STUDIO 37 LLC A CALIFORNIA LIMITED

For Period Ending: 04/13/2017

Trustee Name: (001760) Kari S. Bowyer

Date Filed (f) or Converted (c): 01/29/2016 (f)

§ 341(a) Meeting Date: 03/08/2016

Claims Bar Date: 06/03/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Heritage Bank Operating 1500 | 50.00 | 50.00 | | 0.00 | FA |
| 2 | Heritage Bank Payrol-1492 | 0.00 | 2,500.00 | | 2,166.94 | FA |
| 3 | Heritage Bank Ck 0254 | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Heritage Bank Los Gatos 2680 | 87.00 | 87.00 | | 0.00 | FA |
| 5 | Heritage Bank Palo Alto -1518 | 59.75 | 59.75 | | 0.00 | FA |
| 6 | Heritage Bank Tanforan | 0.52 | 0.52 | | 0.00 | FA |
| 7 | PG&E Security Deposit Palo Alto<br>PG&E has a possessory interest and right to set-off. | 5,700.00 | 0.00 | | 0.00 | FA |
| 8 | PG&E Security Deposit Mounting View<br>PG&E has a possessory interest and a right to set-off. | 4,848.00 | 4,848.00 | | 0.00 | FA |
| 9 | Security Deposit Landlord Oakridge<br>Landlord has a possessory interest and a right to set-off. | 17,200.60 | 0.00 | | 0.00 | FA |
| 10 | Security Deposit Los Gatos<br>Landlord has a possessory interest and a right to set-off | 27,156.00 | 0.00 | | 0.00 | FA |
| 11 | Security Deposit Mountain View<br>Remaining Deposit was used to cure default payments to landlord- see Dkt 71 and Order approving Dkt. 73; | 54,000.00 | 54,000.00 | | 0.00 | FA |
| 12 | Security Deposit Palo Alto<br>Landlord has right to setoff for past-due rent. | 7,326.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10/1/2010)

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 16-50281
**Case Name:** STUDIO 37 LLC A CALIFORNIA LIMITED

**For Period Ending:** 04/13/2017

**Trustee Name:** (001760) Kari S. Bowyer
**Date Filed (f) or Converted (c):** 01/29/2016 (f)
**§ 341(a) Meeting Date:** 03/08/2016
**Claims Bar Date:** 06/03/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Furniture and Fixtures Los Gatos<br>Order abandoning Dkt. 65 | 7,513.59 | 10,000.00 | OA | 0.00 | FA |
| 14 | Furniture and Fixtures- Tanforan<br>Court Order re abandonment Dkt. #63 | 2,445.46 | 0.00 | OA | 0.00 | FA |
| 15 | Furniture and Fixtures- Mountain View<br>No value to the estate. Cost of sale exceeds value. | 29,054.62 | 0.00 | | 0.00 | FA |
| 16 | Furniture and Fixtures Oakridge<br>Court Order re abandonment Dkt. #63 | 339.21 | 339.21 | OA | 0.00 | FA |
| 17 | Furniture and Fixtures- Palo Alto<br>Order re abandonment Dkt. 65 | 5,051.00 | 5,051.00 | OA | 0.00 | FA |
| 18 | Restaurant Equipment- Los Gatos<br>Order abandoning Dkt. 65 | 20,880.87 | 20,880.87 | OA | 0.00 | FA |
| 19 | Restaurant Equipment- Taforan<br>Agent confirmed- no value to the estate. | 19,103.82 | 19,103.82 | OA | 0.00 | FA |
| 20 | Restaurant Equipment Mountain View<br>Agent reviewed items, no value to the estate. | 105,374.12 | 105,374.12 | | 0.00 | FA |
| 21 | Restaurant Equipment- Oakridge | 18,388.56 | 18,388.56 | OA | 0.00 | FA |
| 22 | Restaurant Equipment- Palo Alto | 17,384.50 | 17,384.50 | OA | 0.00 | FA |
| 23 | Preference Payment AMEX<br>Reviewed AMEX statements- Valid defense do not pursue. | 44,907.23 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 16-50281
**Case Name:** STUDIO 37 LLC A CALIFORNIA LIMITED

**For Period Ending:** 04/13/2017

**Trustee Name:** (001760) Kari S. Bowyer
**Date Filed (f) or Converted (c):** 01/29/2016 (f)
**§ 341(a) Meeting Date:** 03/08/2016
**Claims Bar Date:** 06/03/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | Mountain View Commercial Lease- assignment  (u)<br>Funds received are for a settlement of all the estate's interest in the Mountain View Property, including the security deposit.  (Asset No. x). Notice, Motion and Order are filed as Dkt. #'s 70-73) | 0.00 | 100,000.00 | | 100,000.00 | FA |
| 25 | Return General Insurance Premiums (u) | 1,615.38 | 1,615.38 | | 1,615.38 | FA |
| 26 | Refund from American Express Credit Card  (u) | 91.18 | 91.18 | | 91.18 | FA |
| 27 | Funds Received for the potential sale of the mountain view lease | 0.00 | 0.00 | | 0.00 | FA |
| 28 | Palo Alto Commercial Lease- Assignment<br>Commercial Lease Rejected as of 03/24/16- Court Order Dkt 55 | 100,000.00 | 100,000.00 | OA | 0.00 | FA |
| 29 | Los Gatos Lease- Assignment (u)<br>Order rejecting lease- Dkt 32 | 0.00 | 0.00 | OA | 0.00 | FA |
| 30 | Lease with Shops at Tanforan  (u)<br>Order confirming rejection- dkt 29 | 0.00 | 0.00 | OA | 0.00 | FA |
| 31 | Lease- San Jose- Assignment (u)<br>Order Rejecting lease- Dkt. 30 | 0.00 | 0.00 | OA | 0.00 | FA |
| 31 | **Assets         Totals**     (Excluding unknown values) | **$488,627.41** | **$459,773.91** | | **$103,873.50** | **$0.00** |

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 16-50281

**Case Name:** STUDIO 37 LLC A CALIFORNIA LIMITED

**For Period Ending:** 04/13/2017

**Trustee Name:** (001760) Kari S. Bowyer

**Date Filed (f) or Converted (c):** 01/29/2016 (f)

**§ 341(a) Meeting Date:** 03/08/2016

**Claims Bar Date:** 06/03/2016

**Major Activities Affecting Case Closing:**

01/29/16 Review skeletal petition, online web search re business.

02/05/16 Phone conference with Debtor's counsel re potential assets of the estate. Phone conference with Franchiser re purchase of the multiple business locations. Review leases. Respond to email from Landlord re stipulation for relief from stay.

02/07/16 Email to ABuchannan re contact for commercial leases.

02/08/16 Email to/from Doris re referral commercial real estate broker.

02/08/16 Email to Mark Zamudio from Colliers re leases.

02/08/16 Email to ABuchanan with lease information and the address of the properties.

02/11/16 Email from commercial broker that two of the locations have potential value. Email to/from Franchiser re potential interest.

02/12/16 Phone call with party interested in purchasing Mountain View Property. Contact Jennifer Hayes of Dentons re estate representation.

02/16/16 Phone call with proposed counsel re status of case, including dismissal; Email from/to debtor's counsel re dismissal phone conference with real estate agent re leases

02/17/16 Phone call with proposed counsel re status of the case; phone call with court re ex-parte application and reinstatement of case.

02/22/16 Email to/from Debtor's counsel re case. Phone call with landlord's counsel re space; email with estate's counsel re case.

02/23/16 Email to commercial real estate agent re leases.

02/24/16 Onsite visit with Collier agents- Los Gatos.

02/25/16 Multiple phone calls with Landlords and agents.

02/29/16 Phone conference with counsel for Mountain View lease, on-site visit with landlord for Los Gatos Location, Multiple emails to counsel re status of case, review email and listen to voicemail re leases in Palo Alto and respond to same.

03/01/16 Review email for landlords.

03/02/16 Review proposed real estate agent's declaration and respond to same. Review response from agent re language in the declaration and modify text.

03/03/16 Email to/from counsel and real estate agent re formatting of offer/acceptance .

03/04/16 Review email from RE agent re proposed offer, respond to same . Begin preparations for upcoming MOC.

03/05/16 Finalize preparation for upcoming MOC; email to counsel re securing agreement with Heritage re their secured claim. File request for notice of possible dividend

03/08/16 MOC scheduled- continue meeting to 03/22/16 for additional documentation.

03/09/16 Phone conference with insurance company re insurance cancellation arrange replacement insurance. Phone conference with counsel re case and lease and review email from party interested in Mountain View location.

03/10/16 Review email from interested party in Mountain View location and email response.

03/15/16 Phone call/email to interested parties re terms of agreement- conference with counsel re same.

03/19/16 Review AMEX credit card statements, for potential preference

03/22/16 Conclude continued MOC.

03/29/16 Phone/email with R. Doyle re assignment of lease.

Exhibit 8

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case No.:** 16-50281 | **Trustee Name:** (001760) Kari S. Bowyer |
| **Case Name:** STUDIO 37 LLC A CALIFORNIA LIMITED | **Date Filed (f) or Converted (c):** 01/29/2016 (f) |
| | **§ 341(a) Meeting Date:** 03/08/2016 |
| **For Period Ending:** 04/13/2017 | **Claims Bar Date:** 06/03/2016 |

04/04/16 Phone conference with counsel re offer from franchiser.
04/07/16 Email to accountant providing requested information.
04/08/16 Email to counsel requesting additional information
04/26/16 Phone conversation with counsel re new offer from Franchiser.
04/27/16 Attendance at hearing, spoke with counsel for potential purchaser Ron Doyle.
04/28/16 Phone conference with counsel re case and return of funds to potential purchaser Ron Doyle and payment of funds by Franchiser.
04/29/16 Email to BMS center re reversal of bank fees.
05/09/16 Email demanding turnover of bank funds.
06/02/16 phone conference with BofA representative re open accounts with $0 balance.
06/12/16 Forward documents received by debtor- confirm with counsel and accountant nothing needs to be done.
07/08/16 Received notice from Franchise Tax Board re case dismissal and tax due, case still pending sent correspondence to estate's accountant.
07/29/16 Review attorney fees, need reduction.
08/29/16 Review counsel's attorney fees- reduced-determine if further reduction is required.
09/06/16 Review email from counsel re status of review of fees, respond to same.
09/22/16 Email to counsel's firm re date of return.
09/24/16 Finalize review of attorney fees, sign and return; review all claims; request tax return be prepared.
09/27/16 Review email from accountant re additional documents needed for tax return and respond to same )
09/30/16 Draft narrative summary, email to counsel re Palo Alto priority claim draft stipulation re administrative rent
10/6/16 Finalize and return stipulation and order on administrative rent
10/26/16 review accountant's fee application - sign and return
10/30/16 Review and return estate's tax return.  Prepare and finalize TFR.
12/16/16 Review email from UST office re modification to proposed distribution
12/18/16 Update TFR and resubmit.
01/25/17 Hearing on approval of TFR
01/27/17 Order approving final report
01/30/17 Checks mailed
02/14/17 Responded to request from principal's accountant
03/15/17 All checks cleared, except check to accountant
03/22/17 Confirmed all checks cleared ready for TDR after receipt of $0.00 bank balance.
03/31/17 Received notice from principal re dormant bank account - seek turnover.
04/11/17 After demand determined funds of separate entity. Proceed with TDR
04/13/17 Prepare and submit TDR.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/01/2017 | **Current Projected Date Of Final Report (TFR):** | 12/18/2016 (Actual) |

Exhibit 9
Page: 1

# Form 2

# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-50281 | |
| **Case Name:** | STUDIO 37 LLC A CALIFORNIA LIMITED | |
| **Taxpayer ID #:** | **-***0576 | |
| **For Period Ending:** | 04/13/2017 | |

| | |
|---|---|
| **Trustee Name:** | Kari S. Bowyer (001760) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5100 Checking |
| **Blanket Bond (per case limit):** | $92,391,005.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/23/2016 | | Edward LaRon Doyle- Cookies and Cream, LLC | Return to estate the landlord security deposit | 1180-000 | 54,000.00 | | 54,000.00 |
| 03/23/2016 | | Edward LaRon Doyle-Cookies and Cream LLC | Mountain View Assignment of the Lease | 1180-000 | 110,000.00 | | 164,000.00 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 62.73 | 163,937.27 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 227.31 | 163,709.96 |
| 05/02/2016 | {24} | The Pizza Studio Operating Co LLC | Assignment of Mountain View Lease | 1229-000 | 100,000.00 | | 263,709.96 |
| 05/02/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -290.04 | 264,000.00 |
| 05/03/2016 | 101 | Edward LaRon Doyle | Refund of Deposit on Assignment of Mountain View Lease. | 8500-002 | | 164,000.00 | 100,000.00 |
| 05/12/2016 | {25} | UCA General Insurance Services, Inc | Refund of insurance premium | 1229-000 | 110.50 | | 100,110.50 |
| 05/12/2016 | {25} | UCA General Insurance Services, INC | Refund of Insurance Premium | 1229-000 | 1,504.88 | | 101,615.38 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 2

# Form 2

# Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 16-50281 | | | **Trustee Name:** | Kari S. Bowyer (001760) | |
| **Case Name:** | STUDIO 37 LLC A CALIFORNIA LIMITED | | | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***0576 | | | **Account #:** | ******5100 Checking | |
| **For Period Ending:** | 04/13/2017 | | | **Blanket Bond (per case limit):** | $92,391,005.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/12/2016 | 102 | MGP IX-CP Venture LLC | Mountain View Lease Cure Payment, made pursuant to Court Order (Doc. #73) signed May 11, 2016. | 2410-000 | | 50,000.00 | 51,615.38 |
| 06/13/2016 | {2} | Studio 37, LLC | Balance of Heritage Bank Acct. ending in 1492 | 1129-000 | 2,166.93 | | 53,782.31 |
| 06/14/2016 | {2} | Studio 37, LLC | Receipt Adjustment | 1129-000 | 0.01 | | 53,782.32 |
| 07/20/2016 | {26} | American Express | Credit received on Studio 37, LLC credit card. | 1229-000 | 91.48 | | 53,873.80 |
| 07/20/2016 | {26} | American Express | Deposit adjustment | 1221-000 | -0.30 | | 53,873.50 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 74.70 | 53,798.80 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.16 | 53,721.64 |
| 01/30/2017 | 103 | Trustee Insurance Agency | Claim Dividend paid 100.00% on $1,955.00 ] Claim Number Admin Claim Filed Amount $1,955.00 | 2420-000 | | 1,955.00 | 51,766.64 |
| 01/30/2017 | 104 | Bachecki,Crom & Co. | Combined dividend payments for Claim #Dkt 79, Dkt 79 | | | 2,262.47 | 49,504.17 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                                                                 *! - transaction has not been cleared*

Exhibit 9

Page:   3

# Form 2

# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-50281 | |
| **Case Name:** | STUDIO 37 LLC A CALIFORNIA LIMITED | |
| **Taxpayer ID #:** | **-***0576 | |
| **For Period Ending:** | 04/13/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Kari S. Bowyer (001760) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5100 Checking |
| **Blanket Bond (per case limit):** | $92,391,005.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Sun, 12-18-2016 $2,226.74 | 3410-000 | | | 49,504.17 |
| | | | Claims Distribution - Sun, 12-18-2016 $35.73 | 3420-000 | | | 49,504.17 |
| 01/30/2017 | 105 | Dentons US LLP | Combined dividend payments for Claim #Dkt. , Dkt. | | | 33,802.70 | 15,701.47 |
| | | | Claims Distribution - Sun, 12-18-2016 $33,325.54 | 3210-000 | | | 15,701.47 |
| | | | Claims Distribution - Sun, 12-18-2016 $477.16 | 3220-000 | | | 15,701.47 |
| 01/30/2017 | 106 | Kari S. Bowyer | Combined dividend payments for Claim #FEE, TE | | | 7,215.64 | 8,485.83 |
| | | | Claims Distribution - Sun, 12-18-2016 $7,154.43 | 2100-000 | | | 8,485.83 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                                                *! - transaction has not been cleared*

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-50281 | |
| **Case Name:** | STUDIO 37 LLC A CALIFORNIA LIMITED | |
| **Taxpayer ID #:** | **-***0576 | |
| **For Period Ending:** | 04/13/2017 | |

| | |
|---|---|
| **Trustee Name:** | Kari S. Bowyer (001760) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5100 Checking |
| **Blanket Bond (per case limit):** | $92,391,005.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Sun, 12-18-2016 | 2200-000 | | | 8,485.83 |
| | | | $61.21 | | | | |
| 01/30/2017 | 107 | Mortgage Investors IV, LLC Julie Rome-Banks, Binder & Malter LLP | Claim Dividend paid 84.73% on $10,015.00 ] Claim Number 10-1 Claim Filed Amount $18,414.69 | 2410-000 | | 8,485.83 | 0.00 |
| | | **COLUMN TOTALS** | | | **267,873.50** | **267,873.50** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **267,873.50** | **267,873.50** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$267,873.50** | **$267,873.50** | |

Exhibit 9
Page:  5

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-50281 | **Trustee Name:** | Kari S. Bowyer (001760) |
| **Case Name:** | STUDIO 37 LLC A CALIFORNIA LIMITED | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0576 | **Account #:** | ******5100 Checking |
| **For Period Ending:** | 04/13/2017 | **Blanket Bond (per case limit):** | $92,391,005.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5100 Checking | $267,873.50 | $267,873.50 | $0.00 |
| | **$267,873.50** | **$267,873.50** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)